**Order entered February 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00046-CR**
**No. 05-21-00084-CR**

**HAXAN WALDELL PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-58281-T & F18-58280-T**

**ORDER**

We **DIRECT** the Clerk to copy the February 28, 2020 supplemental reporter's record from cause number 05-20-00026-CR into these appeals.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE